IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4012-01-CR-C-SOW |
| | ) | |
| BARNARD LAMOUNT REED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate William A. Knox regarding defendant's Motion to Suppress Evidence and Statements (Doc. #48). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence and Statements (Doc. #48) is denied.

      /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: 8/21/2008